RECEIVED AND FILED
JUN 3 1 44 PM '11
U.S. BANKRUPTCY COURT
CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re ) Case No. BK-S-09-24535 BAM
)
Virga, Joseph Dominick ) IN PROCEEDINGS UNDER CHAPTER 7
Virga, Sharon Rose )
　　　　　　　　　　Debtor(s) ) NOTICE OF UNCLAIMED FUNDS
)

TO:　　Clerk, United States Bankruptcy Court

FROM:　William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 6 | GEMB/JCP<br>PoBox 984100<br>ElPaso TX 79998 | $ 3.59 | |
| 7 | HSBC Bank<br>Po Box 5253<br>Carol Stream IL 60197 | $ 9.94 | |
| 10 | Lustig and Hermer<br>2100 Deer Park Ave<br>Deer park NY 11729 | | $ 12,908.53 |
| | Sub-Totals | $ 13.53 | $ 12,908.53 |
| | Total check | | $ 12,922.06 |

Date:　May 24, 2011

_____
Trustee William A. Leonard, Jr.

R QC # 202090
$ 12,922.06